## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-25-429-D |
| | ) | |
| KYELEIGH GUIDRY ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Kyeleigh Guidry Rogers' Request for *James* Hearing and Memorandum in Support [Doc. No. 160]. Defendant has requested a pretrial hearing pursuant to *United States v. James*, 590 F.2d 575, 579-580 (5th Cir. 1979). The United States has responded conceding that a *James* hearing is necessary [Doc. No. 162].

**IT IS THEREFORE ORDERED** that the United States shall file an appropriate notice by May 25, 2026, disclosing the alleged statements that are proposed for admission, and, as to each statement, identifying the alleged co-conspirator who made the statement, the person to whom it was made, when the statement was made, and a general summary of the content of the statement.

**IT IS FURTHER ORDERED** that the *James* hearing will be held on June 4, 2026, at 10:00 a.m.

**IT IS SO ORDERED** this 6th day of June, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE